UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO. 1:21-cr-186

v.

HON. ROBERT J. JONKER

RASHON ANTHONY MILES,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. The Court also invited the parties to respond not later than March 15, 2022, to the Court's stated intent to apply the mandatory remand provisions of 18 U.S.C. § 3143.  The government filed a response acknowledging this is a mandatory remand case, and indicating they would not be recommending a non-custodial sentence.  The defendant has not responded. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings**, IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 31) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in the Indictment.

3.  Defendant's bond is revoked based on the mandatory remand provisions of 18 U.S.C. § 3143(a)(2).  Defendant shall report to the Newaygo County Jail, 300 E. Williams Street, White Cloud, Michigan, by Noon on **March 18, 2022**, where he will remain pending sentencing on May 23, 2022.  If he fails to do so, the Court will issue a warrant for his arrest.

Dated:   March 16, 2022               /s/ Robert J. Jonker
                                                                              ROBERT J. JONKER
                                                                              CHIEF UNITED STATES DISTRICT JUDGE